**Below is the Order of the Court.**

Christopher M. Alston
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>Lydia Lutaaya,<br><br><br>Debtor. | Chapter 13<br><br>Case No. 16-10516<br><br>ORDER DENYING BOEING EMPLOYEES' CREDIT UNION'S MOTION FOR RELIEF FROM STAY |

This matter came on before the Court on March 10, 2016, on Boeing Employees' Credit Union's motion for relief from stay. The Debtor responded, and both parties appeared at the hearing. The Court's oral ruling at the hearing is incorporated by reference herein. Now, therefore, it is hereby

ORDERED that the motion for relief from stay is DENIED.

/// END OF ORDER ///

Order - 1