FILED

2016 MAR 22 AM 9: 27

H. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ ____P. CLK

The Honorable Christopher M Alston
Chapter 13\
Hearing Date: March 31, 2016
Hearing Time: 9.30AM
Location: Seattle
Response Date, March 24th, 2016

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re:

LYDIA LUTAAYA,

Debtor.

Case No: 16-10516-CMA

Chapter 13

## RESPONSE TO NOTICE OF MOTION FOR RELIEF FROM STAY AND REQUEST FOR COMFORT ORDER

Declaration regarding the circumstances surrounding the real property commonly know as 3001 SE 10th ST, #1013 Renton, WA 98058. I bought this property on October 19th, 2006 for $275,000, as a single woman, as a separate estate to be used as my primary residence.

This is in response to Boeing Employee's Credit Union (BECU)'s Motion For Relief from Stay regarding my primary residence. BECU seeks relief in order to contact me at their option either by telephone or by mail and relief from the automatic stay. I STRONGLY OBJECT to any contact by phone. Any communication has to be done in writing.
I did everything I could to work something out with BECU including seeking a forbearance agreement, loan modification through Urban League of Metropolitan Seattle but BECU through Renton PD kept playing games and instructing the staff at Urban League to confuse me and mess up the application. I was doing all this based on the fact that BECU violated my loan agreement by adding Renton PD (RPD) on my mortgage, deleted payments I made several years ago to make it look like I missed those payments to try and cause a repossession in what BECU employees claim is a large scale mortgage scam going on with Boeing. RPD seems to be running Boeing. I still don't understand the business partnership Boeing has with the Renton PD. **I am going to make sure that I contact the owners of Boeing regarding my home.**

1

Boeing messed up my entire mortgage then deleted the entire file to hide the evidence. Boeing banned me from any Boeing location because I kept complaining about my home and denied me online access. Due to the fact that Boeing intentionally collaborated with the RPD to affect my income in order to default on my mortgage, I should not be evicted from my home while the case against Boeing is still pending. And more so, Boeing CANNOT present my mortgage documents. **I had a great income and I had never missed a mortgage payment or any other payment in the entire 16 years I have lived in United States.** I pulled my credit report in April 2014 right before RPD started messing up my life. All credit report is VERY clear with no missed payment at all. In 2010, I made $87, 800. In 2012, I made 79, 600 with a refund of 6,200. In 2013, I made $86, 800 with a refund of $6, 645. In 2014, I made $17,000 only with a refund of just 500. **In 2015, I made just $6,800. I have faced severe police harassment of the highest order since 2013 and you can tell how much it affected my income and has caused severe trauma both emotionally and physically.** Unless the RPD has a very good reason for treating me this way, I am going to make sure that no stone is left unturned in this case.RPD was added on my car account and then car was repossessed on gun point.

In December 2013, I went to the RPD to report identity theft concern involving one of my credit cards and spoke with Officer Chris Nielsen who got so offended and started stamping his feet and cursing. The very next day, a video footage of me as I stood at the reception was posted as a "WANTED PERSON" on the RPD website. People all over the country who saw my picture responded by calling RPD to ask what I had done wrong. RPD had no answer. Those complete strangers asked if they could contact me.
In January 2014, Boeing in collaboration with RPD started soliciting millions of $$$ from these individuals and companies claiming this girl is the "FACE OF BOEING" and if they could pay and meet the girl. **RPD and Boeing stole my identity and started using it without ever getting my consent and used it for their own benefit while on the other hand destroying my life.** After Boeing and RPD obtained the millions of $$$, they cancelled the conference claiming the girl is low class you cannot meet her. The conference was cancelled and has continued to be cancelled with silly excuses like Lydia is sick, or lying that Lydia is out of the country or there is a conflict of scheduling at the superior Court and so on. Doing all this without ever talking to me but continuing to deny that Boeing or RPD solicited any money from any one and claiming that I am crazy and have mental issues each time I tried to find out why they were using my identity.

**In January 2014**, RPD reported to the Internal Revenue Services, source of income to the RPD for millions of $$$, Lydia Lutaaya. By law,my FACE was used to solicit for these millions of $$$, I am entitled to some of that money. Again, RPD falsified documents that claim they paid me $2m and reported it as income to the Internal Revenue Services, money that was actually never paid to me but started spreading rumors and lying to all the companies that they paid me these $2m.2 weeks after I reported the identity theft concern, Officer Chris Nielsen went to BECU- Renton Landing and added RPD on my mortgage. I was tipped off by a Boeing employee. I went to BECU and requested that RPD be taken off my mortgage but Mr. Benson Porter, President of BECU

2

…, — — — g-- --- -- ---- ---- -- ---, -- -- ---y ----- --- ---- -- ---y -- ---
and poke holes though the walls to record me in my home. And that is why RPD keeps

3

4

refused and it has been drama and court room after court room since then. RPD then added themselves on all my accounts, which they took over and started hacking them.

**In April 2014,** Officer Chris Nielsen showed up at my home in his personal cream car in the early night with a gun to shot me in front of my driveway, that "to silence this scam so no one gets to know about it." And also to get my home because according to the RPD, I don't have any family in this country and if I die, everything I own goes to the RPD because they claim, the police will be the ones to bury me. So, the police are the one killing people with no relatives in this country just to inherit their assets? What a revelation.FYI.RPD will never bury me. I don't understand why RPD think they know me very well.

Chris Nielsen then started pulling video footages of every dept store I went to since he was monitoring my bank account and could see every place I used my debt card and put those video footages in form of an email address and emailing them to my employers, church, friends, and asking them not to employee them claiming I am a prostitute and those are the video footages taken as I prostituted my self. Officer Nielsen went even further to intercept technicians when I call for services at home and bribing them to put hidden cameras in my home so he could get video clips of me in my home having sex and claim I was prostituting myself. In order to make sure that no one employees me. Officer Nielsen also interfered with the care giving jobs I tried to get in order to make ends meet and collaborated with a supervisor whom he asked to get one of my co-worker to mess up my shift regarding the client's medication as so to get me in trouble with the dept of health so that I lose that job in order to default on the mortgage. Officer Nielsen also planned to break into any home where was working as a caregiver and kill me and all in the home and make it look like was a bribery gone wrong. So they can take my home.

RPD and Boeing continued to collaborate to take my home away from me including RPD messing up my family's approved immigration applications, which would have allowed my family to relocate to United States. Officer Nielsen also contacted an African man and tried to plan the murder of my entire family in Uganda so they do not relocate to United States and inherit my home. He also bribed some old couple in Seattle who were very good friends and I frequented their home and bribed them to poison me. When they refused, officer Nielsen hacked their bank account that "to teach them a lesson." Officer Nielsen has also claimed to destroy me by hacking every home or company that I work for so they these people could think that I am the one who hacked their bank accounts. This Officer has a lot of issues and needs government intervention. He is getting out of control and misusing the government office. Officer Nielsen no longer does government work but spends 4o hrs a week monitoring or harassing me. He even has a car parked in front of my home with a camera on it and spends his entire time monitoring to see whoever comes to my home because he thinks this home belongs to the Renton PD.

Officer Nielsen claims he will do whatever it takes to get this home by promising Boeing a huge tax write-off if they can repossess my home. When the next door home became available for sale, RPD got one of their own to buy it so they could use him to spy on me and poke holes though the walls to record me in my home. And that is why RPD keeps

3

telling all my neighbors, "We are going to repossess that home so that they end up owning the whole building."

Officer Nielsen also hacked my alarm system and has obtained my secret code, which had not been stored in the system with ADT Security Systems. I am the only one who had that alarm code but when he takes over the alarm code and starts monitoring it, Officer Nielsen can see the code when you turn the alarm on or off. He wants to break into my home and do harm to me or something bad to my home or steal the legal documents he thinks I keep in the house. He then uses my alarm code to turn off the alarm. One time he asked the neighbour they had bribed to file a harassment case against me to see if he could break into my home.

In 2015, when I sued Boeing, I subpoenaed them to produce documents for my home, which they did not have. With the help of Commissioner Nancy J Bradburn , they obtained an order Awarding Boeing possession of my home. I am continuing to refuse to move out of this home because I feel like Boeing should not be repossessing my home and worse enough be evicting me from my home despite all the above. I think this is very clear that the whole thing of celebrity is all a lie. Remember, Boeing and RPD collected millions using my FACE claiming to companies that this girl is a celebrity and please pay to meet her as the FACE OF BOEING and now it is THE FACE OF THE SUPERIOR COURT. You cannot be the FACE of all this, and it is this very people who are putting you out on the street. Boeing made millions of $$$$ using my FACE and therefore should not evict me from my home while RPD and Mr. Porter enjoy a lavish life. I sued Boeing and because the case is pending, I should stay in my home. I filed for bankruptcy as a way to try and work something out with Boeing in order to keep my home. Based on the circumstances, I still have in right in this home and that is why I am still refusing to move out and the home is still part of the bankruptcy law and therefore still protected by the automatic stay.

BECU's Motion for Relief From Stay and Request for Comfort Order should be DENIED and the Chapter 13 bankruptcy petition be GRANTED based on my declaration.

Submitted by: Lydia Lutaaya. Signature. *[signature]* Date:03/22/16

CC: Internal Revenue Services
CC: K Michael Fitzgerald, Bankruptcy Trustee
CC: All the News Reporters

# DECLARATION OF MAILING

I declare under penalty of the laws of the State of Washington, that on March 22 2016, I faxed a copy of response to notice of Motion For Relief From Stay and Request For Comfort Order to:

Ryan KO
Attorney for BECU Bankruptcy Department
P.O.BOX 97050
Seattle, WA 981124

**FAX: 206-214-1682**

Mailed a copy to the following parties with the correct postage and addressed to:

US Bankruptcy Trustee
K Michael Fitzgerald
600 University ST # 2200
Seattle, WA 98101

Internal Revenue Services
Dept of the Treasury
Fresno, CA 93888

Submitted by:
*[signature]*
Lydia Lutaaya

3001 SE 10th ST #1013
Renton, WA 98058
Dated: March 22 2016

5